IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIQIN YANG, Personal Representative of the heirs of FENGYUN WU, deceased,<br><br>            Plaintiff,<br><br>    v.<br><br>AIR CHINA LIMITED and THE BOEING COMPANY,<br><br>            Defendants. | No. 14-cv-06482<br><br>Honorable Rebecca R. Pallmeyer<br><br>Magistrate Judge Jeffrey T. Gilbert |

## **DEFENDANT AIR CHINA LIMITED'S MOTION FOR SUMMARY JUDGMENT**

Defendant AIR CHINA LIMITED ("Air China"), by and through its attorneys, Andrew J. Harakas and Philip R. Weissman of CLYDE & CO US LLP and Christine M. Niemczyk of ADLER MURPHY & MCQUILLEN LLP, pursuant to Federal Rule of Civil Procedure 56, respectfully moves for summary judgment in its favor on Plaintiff's Complaint on the grounds that there is no evidence that Plaintiff's decedent's death was caused by an "accident" as required by Article 17(1) of the Montreal Convention and, further, Plaintiff lacks standing to maintain this action. In support of its motion, Air China incorporates by reference its Memorandum of Law in Support of its Motion for Summary Judgment and its Local Rule 56.1(a)(3) Statement of Material Facts in Support of its Motion for Summary Judgment, with exhibits, filed contemporaneously herewith.

WHEREFORE, Defendant Air China Limited respectfully requests that the Court grant its Motion for Summary Judgment, enter judgment in its favor and against Plaintiff, and award such other relief as the Court deems appropriate.

Dated: September 2, 2016

                                  Respectfully submitted,

| ADLER MURPHY & McQUILLEN LLP | CLYDE & CO US LLP |
|---|---|
| By: s/ Christine Niemczyk | By: s/ Andrew J. Harakas |
| Christine Niemczyk | Andrew J. Harakas |
| 20 S. Clark Street, Suite 2500 | Philip R. Weissman |
| Chicago, Illinois 60603 | 405 Lexington Avenue, 16 Floor |
| E-mail: Cniemczyk@AMM-LAW.com | New York, New York 10174 |
| Tel: (312) 345-0700 | E-mail: andrew.harakas@clydeco.us |
| | Tel. (212) 710-3900 |

                        Attorneys for Defendant
                           Air China Limited

## CERTIFICATE OF SERVICE

I, Christine M. Niemczyk, hereby certify that on September 2, 2016, I caused the foregoing document to be electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, causing a true and correct copy of this document to be served on the parties identified below via the CM/ECF system on the same date.

      */s/ Christine M. Niemczyk*
Christine M. Niemczyk
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
(312) 345-0700 (phone)
(312) 345-9860 (fax)

*Counsel for Plaintiff*
Alexandra M. Wisner
WISNER LAW FIRM
514 W. State Street
Suite 200
Geneva, IL 60134

*Counsel for Defendant Boeing Co.*
Bates McIntyre Larson
PERKINS COIE LLP
131 S. Dearborn Street
Suite 1700
Chicago, IL 60603