IN THE
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIQIN YANG, Personal Representative of the heirs of FENGYUN WU, deceased, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) No. 14-cv-6482 |
| AIR CHINA LIMITED and THE BOEING COMPANY, | ) ) Hon. Rebecca R. Pallmeyer ) ) |
| Defendants. | ) |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Jiqin Yang, Personal Representative of heirs of Fengyun Wu, deceased, by and through his attorneys, Wisner Law Firm, P.C. moves the Court for an order under Federal Rule of Civil Procedure 56 granting summary judgment on the issue of liability of defendant Air China Limited. In support of this motion, Plaintiff incorporates by reference his Memorandum of Law in Support of its Motion for Summary Judgment and the accompanying Local Rule 56.1 Statement of Undisputed Facts, together with all exhibits.

Dated:  September 2, 2016                    Respectfully submitted,

                                               /s/Alexandra M. Wisner
                                              Attorney For Plaintiff

                                              Wisner Law Firm, P.C.
                                              514 W. State Street
                                              Suite 200
                                              Geneva, Illinois  60134
                                              (630) 262-9434
                                              (630) 262-1066 (fax)
                                              awisner@wisner-law.com
                                              Ill. ID No. 6317572

## **CERTIFICATE OF SERVICE**

    Alexandra M. Wisner, an attorney, certifies that she served Plaintiff's Motion For Summary Judgment upon all counsel of record via CM/ECF on September 2, 2016.

                                                                                    /s/Alexandra M. Wisner